```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

       NOV 0 6 2018

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Nathaniel Vernon Dempsey,<br><br>　　　　　Defendant. | NO. CR-18-08361-PCT-DWL (MHB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 111(a)(1) and (b)<br>　　(Assault on a Federal Officer)<br>　　Counts 1 and 2<br><br>18 U.S.C. §§ 7 and 13, and<br>A.R.S. § 13-1507<br>(Burglary)<br>Count 3<br><br>18 U.S.C. § 2261(a)(1)<br>(Domestic Violence)<br>Count 4 |

THE GRAND JURY CHARGES:

### COUNT 1

Between on or about October 10, 2018 and October 11, 2018, in the District of Arizona, within the confines of Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant NATHANIEL VERNON DEMPSEY, did intentionally, knowingly, and recklessly forcibly assault, resist, oppose, impede, intimidate and interfere with the victim, Ranger N.S., an officer designated under Title 18, United States Code, Section 1114 at the time, while Ranger N.S. was engaged in and on account of performance of his official duties, and in doing so, the defendant used a deadly or dangerous weapon, that is, a knife.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

## COUNT 2

Between on or about October 10, 2018 and October 11, 2018, in the District of Arizona, within the confines of Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant NATHANIEL VERNON DEMPSEY, did intentionally, knowingly, and recklessly forcibly assault, resist, oppose, impede, intimidate and interfere with the victim, Ranger N.H., an officer designated under Title 18, United States Code, Section 1114 at the time, while Ranger N.H. was engaged in and on account of performance of his official duties, and in doing so, the defendant used a deadly or dangerous weapon, that is, a knife.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

## COUNT 3

Between on or about October 10, 2018 and October 11, 2018, in the District of Arizona, within the confines of Grand Canyon National Park, an area within the special maritime and territorial jurisdiction of the United States, the defendant NATHANIEL VERNON DEMPSEY, did commit burglary, by entering and remaining unlawfully in the residence of A.J., with the intent to commit a theft therein.

In violation of Title 18, United States Code, Sections 7 and 13, and Arizona Revised Statutes, Section 13-1507.

## COUNT 4

Between on or about October 10, 2018 and October 11, 2018, in the District of Arizona, within the confines of Grand Canyon National Park, the defendant NATHANIEL VERNON DEMPSEY, was present within the special maritime and territorial jurisdiction of the United States with the intent to injure, harass, and intimidate A.J., an intimate partner and dating partner, and while in the course of and as a result of said conduct did commit and attempt to commit assault with a dangerous weapon (to wit: a knife), in violation of Title 18, United States Code, Sections 7 and 113(a)(3), and aggravated assault, in violation of Title 13, Arizona Revised Statutes, Sections 1203(A)(2) and 1204(A)(2), both crimes of

violence, against A.J.

In violation of Title 18, United States Code, Sections 2261(a)(1).

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date: November 6, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

_s/_
ALEXANDER W. SAMUELS
Assistant U.S. Attorney

-3-